USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CEDRIC BISHOP, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

AMOREPACIFIC US, INC. d/b/a INNISFREE.,

        Defendant.

---------------------------------------------------------------X

Docket No.: 18-cv-01969 (GHW)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between CEDRIC BISHOP and AMOREPACIFIC US, INC. d/b/a INNISFREE, that the above action is hereby discontinued, with prejudice. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: June 27, 2018
New York, New York

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____
William F. Cusack
Justin A. Guilfoyle
*Attorneys for Defendant*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038

Dated: June 25, 2018
New York, New York

**DANIEL COHEN PLLC**

_____
Daniel Cohen, Esq.
*Attorneys for Plaintiff*
300 Cadman Plaza W, Twelfth Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195

**GOTTLIEB & ASSOCIATES**
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Fax: (212) 982-6284

9042912v.2

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).
SO ORDERED.

Dated: June 29, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge